**FORTIS LLP**
Matthew A. Berliner (SBN: 224384)
Adam P. Harris (SBN: 238267)
Stella N. Vovan (SBN: 283747)
650 Town Center Drive Suite 1530
Costa Mesa, CA 92626
Telephone: 714-839-3800
Facsimile: 714-795-2995
mberliner@fortislaw.com
aharris@fortislaw.com

Attorneys for Plaintiffs and Cross-Defendants
JUSTIN VERMILLION and EP&A ENVIROTAC, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JUSTIN VERMILLION, an individual; and EP&A ENVIROTAC, INC., a California corporation,<br><br>Plaintiffs,<br>v.<br><br>JOHN VERMILLION, an individual; VERMILLION ENVIRONMENTAL PRODUCTS & APPLICATIONS, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 5:17-cv-01854-AB-(SPx)<br><br>Honorable Judge Andre Birotte Jr.<br>Courtroom 7B<br><br>**PROTECTIVE ORDER**<br><br>Complaint Filed: September 12, 2017<br>Cross-Complaint Filed: October 25, 2017<br><br>Scheduling Conference: March 9, 2018 |

1     FOR GOOD CAUSE SHOWN, the Stipulated Protective Order filed by the parties on February 26, 2018 is hereby approved and adopted by the Court. IT IS SO ORDERED.

DATED: March 6, 2018

_____
Honorable Sheri Pym
United States Magistrate Judge