JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JUSTIN VERMILLION, an individual; and EP&A ENVIROTAC, INC., a California corporation,<br><br>    Plaintiffs,<br>    v.<br><br>JOHN VERMILLION, an individual; VERMILLION ENVIRONMENTAL PRODUCTS & APPLICATIONS, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 5:17-cv-01854-AB-(SPx)<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

IT IS ORDERED:

Based on the parties' Stipulation to Dismiss Action With Prejudice, the Court dismisses this action in its entirety with prejudice, with each party to bear their own attorneys' fees and costs. Upon application by any party, the Court may reopen this matter solely to enforce the terms of the parties' Settlement Agreement, or to enter judgment pursuant to the terms of the Settlement Agreement.

DATED: January 25, 2019

By:: _____
Honorable Judge André Birotte Jr.
U.S. District Judge